## LAURENT DUROCHER, EXECUTOR, ETC., OF DAME MARIE B. LASSELLE, *versus* THOMAS CALDWELL, ADMINISTRATOR DE BONIS NON OF JAMES LASSELLE, DECEASED

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Time for declaration and plea extended *p. 354; (2) motion for judgment *p. 434; (3) discontinued *p. 480.

PAPERS IN FILE: (1) Precipe for summons; (2) summons and return.

*1822–23 Calendar*, MS p. 45.

> *Note:* A memo. of costs is with the papers in case 948.

## ROBERT ABBOTT, EXECUTOR, ETC., OF MARY ABBOTT, DECEASED, *versus* JAMES ABBOTT

JOURNAL ENTRIES (1822–26): *Journal 3:* (1) Time for declaration and plea extended *p. 354. *Journal 4:* (2) Motion for nonsuit MS p. 1; (3) rule to correct entry of name of counsel MS p. 17; (4) motion to withdraw joinder in demurrer and to amend declaration MS p. 18; (5) stipulation for pleading de novo filed, continued MS p. 20; (6) motion for nonsuit MS p. 94; (7) judgment of nonsuit MS p. 96.

PAPERS IN FILE: (1) Precipe for process; (2) summons and return; (3) declaration; (4) stipulation to amend declaration; (5) precipe for execution for costs; (6) writ of fi. fa. and return; (7) alias fi. fa. and return; (3) precipe for alias fi. fa.

*1822–23 Calendar*, MS p. 75. Recorded in *Book C*, MS pp. 67–68.